No. 6,391.—F. F. LEWIS, DOING BUSINESS AS LEWIS GRAIN COMPANY, APPELLANT, *v.* BORIS A. S. ARONOW, RESPONDENT.

Decided September 28, 1928.

PER CURIAM.—Respondent's motion to dismiss the appeal in the above-entitled cause as not taken within six months

(611)

after entry of judgment, is sustained and the appeal is ordered dismissed.

*Messrs. Arnot & Doyle,* for Appellant.

*Mr. Louis P. Donovan,* for Respondent.